# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Pikeville Division

Mailing Address: P.O. Box 111, Lexington, KY 40588−1111

| | |
|---|---|
| In Re:  Matthew E. Caudill | { Case Number:      03−71028−jms |
| aka/dba: | { Chapter: 7 |
| | {     Trustee:      Robin Browning Brock |
| | {                        128 Eula Gray St |
| Debtor(s) | {                        Harlan, KY 40831 |
| | {                        (606) 573−9826 |

## CHAPTER 7 ORDER TO DEBTOR

The above−named debtor shall within 10 days from the date of this order turn over to the trustee, whose name and address appear above, the following documents:

1. All books, records of account, bank books, bank statements and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy.);

2. The original or a certified copy of the deed or contract under which the debtor holds title to or any interest in real estate, and certified copies of all recorded mortgages, liens, or encumbrances upon said real estate (these documents may be obtained from the office of the county court clerk of the county in which the real estate is located.);

3. Title papers to any motor vehicles, mobile homes, trailers or boats (if original papers have been lost, duplicates must be obtained from the office of the county court clerk of the county in which the vehicles are registered.);

4. Certificates of stock, bonds and keys to any safety deposit boxes;

5. Contracts of life or burial insurance;

6. Copies of the debtor's last state and federal income tax returns;

7. Contracts or title papers pertaining to any property of the debtor; and

8. Copies of all notes, security agreements, loan disclosure statements and other documents relating to loan transactions to which the debtor is a party.

Except for surrender of the aforementioned documents to the trustee, the debtor is restrained and enjoined from transferring, abandoning, releasing to creditors, or in any way disposing of property of the estate until further order of the court.

***Failure to timely comply with this order will result in the filing of a motion to dismiss the within case*** .

***Counsel for the debtor is responsible for seeing that the debtor complies with this order*** .

DATED: 11/10/03 jms

By The Court −

*[signature]*

Joseph M Scott Jr
## U.S. Bankruptcy Judge

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

```
District/off: 0643-7          User: ruthh              Page 1 of 1          Date Rcvd: Nov 10, 2003
Case: 03-71028               Form ID: od7             Total Served: 4


The following entities were served by first class mail on Nov 12, 2003.
db        Matthew E. Caudill,   P.O. Box 1121,   Whitesburg, KY  41858
aty       Jeanne K Channell,   203 Main St #206,   Whitesburg, KY  41858
tr        Robin Browning Brock,   128 Eula Gray St,   Harlan, KY  40831
ust       U.S. Trustee,   100 E Vine St #803,   Lexington, KY  40507

The following entities were served by electronic transmission.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: Nov 12, 2003**          **Signature:**