UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:                                              CHAPTER 7
    Matthew E. Caudill                    BANKRUPTCY NO. 03-71028-JMS
    Debtor

**APPEARANCE**

\* \* \* \* \* \*

Comes now Robert D. McIntosh of MAPOTHER & MAPOTHER, P.S.C., and enters an appearance on behalf of the Creditor herein, Whitaker Bank fka Bank of Whitesburg, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

                MAPOTHER & MAPOTHER, P.S.C.


        BY    /s/ Robert D. McIntosh
              Robert D. McIntosh
              Counsel for Creditor
              MAPOTHER & MAPOTHER, P.S.C.
              801 West Jefferson Street
              Louisville, KY  40202
              502-587-5402

Y7C (FFM)/03-35731-0

**CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, Jeanne K. Channell, Attorney at Law, 203 W. Main Street # 206, Whitesburg, KY 41858, and to the Trustee, Robin Browning Brock, 128 Eula Gray Street, Harlan, KY 40831.

          MAPOTHER & MAPOTHER, P.S.C.


BY:   /s/ Robert D. McIntosh
     Robert D. McIntosh
     Counsel for Creditor

Y7C (FFM)/03-35731-0