# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Pikeville Division

Mailing Address: P.O. Box 111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re:  Matthew E. Caudill<br><br>    P.O. Box 1121<br>    Whitesburg, KY 41858<br>aka/dba:<br><br><br><br><br>Debtor(s) | Case Number: 03–71028–jms<br><br>Chapter: 7 |

# DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** : The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated: 2/3/04

By The Court

*[signature]*

Joseph M Scott Jr
United States Bankruptcy Judge

FORM B18 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0643-7          User: alisaf              Page 1 of 1                Date Rcvd: Feb 03, 2004
Case: 03-71028                Form ID: B18              Total Served: 11

The following entities were served by first class mail on Feb 05, 2004.
db          Matthew E. Caudill,   P.O. Box 1121,   Whitesburg, KY  41858
aty         Jeanne K Channell,   203 Main St #206,   Whitesburg, KY  41858
tr          Robin Browning Brock,   128 Eula Gray St,   Harlan, KY  40831
2389594     APPALACHIAN WIRELESS,   P.O. BOX 14107,   LEXINGTON KY 40512-4107
2389595     BB&T CORPORATION,   C/O MORGAN & POTTINGER, PSC,   600 W. WASHINGTON STREET,   LOUISVILLE KY 40202
2389596     BRANCH BANKING & TRUST CO.,   C/O VAN RU CREDIT CORPORATION,   P.O. BOX 46549,
             CHICAGO IL 60646-0549
2389598     MBNA AMERICA,   P.O. BOX 15102,   WILMINGTON DE 19886-5102
2389599     ROBERT H. ENGLERT,   ATTORNEY AT LAW,   P.O. BOX 7782,   LOUISVILLE KY 40257-0782
2389600     WHITAKER BANK,   104 - 106 E. MAIN STREET,   WHITESBURG KY 41858

The following entities were served by electronic transmission on Feb 03, 2004 and receipt of the transmission
was confirmed on:
aty         E-mail: loubknotices@mapother-atty.com Feb 03 2004 21:54:55     Robert D. McIntosh,
             801 W Jefferson St.,   Louisville, KY  40202
2389597     EDI: CAPITALONE.COM Feb 03 2004 21:39:00     CAPITAL ONE,   P.O. BOX 85147,   RICHMOND VA 23276
                                                                                          TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Whitaker Bank
                                                                                          TOTALS: 1, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2004**            Signature:    *Joseph Speetjens*