# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Pikeville Division

Mailing Address: P.O. Box 111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Matthew E. Caudill | Case Number: 03−71028−jms |
| aka/dba: | Chapter: 7 |
| Debtor(s) | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

[ ] The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

　　　Robin Browning Brock is discharged as trustee of the estate of the above−named debtor and the
　　bond is cancelled.

[X] the chapter 7 case of the above named debtor is closed; and

[ ] other provisions as needed.

DATED: 2/3/04

　　　　　　　　　　　　　　　　　　　By the court −

　　　　　　　　　　　　　　　　　　　Joseph M Scott Jr
　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

10

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

28-jms   Doc 13   Filed 02/05/04   Entered 02/06/04 01:53:54   Desc Imaged
Certificate of Service   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0643-7          User: alisaf           Page 1 of 1           Date Rcvd: Feb 03, 2004
Case: 03-71028                Form ID: fdc           Total Served: 4

The following entities were served by first class mail on Feb 05, 2004.
db          Matthew E. Caudill,   P.O. Box 1121,   Whitesburg, KY  41858
aty         Jeanne K Channell,    203 Main St #206,   Whitesburg, KY  41858
tr          Robin Browning Brock,   128 Eula Gray St,   Harlan, KY  40831
ust         U.S. Trustee,   100 E Vine St #803,   Lexington, KY  40507

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2004**              Signature:   *Joseph Speetjens*